UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Billy Joe Pelfrey                              24710

(Enter above the full name of the plaintiff        (Inmate Reg.# of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                    CIVIL ACTION NO. 3:07-0169
                              (Number to be assigned by Court)


Judy Fitzgerald

Rebecca Adkins

**FILED**

MAR 1 6 2007

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

(Enter above the full name of the defendant
or defendants in this action).

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes  _x_    No ___

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs: _Billy Joe Polfrey_

   Defendants: _Eddie Hutinson_

   _Donald Stepp_

   _Dallen Fields_

2. Court (if federal court, name the district; if state court, name the county):

   _US District Court, Southern District of West Virginia_

3. Docket Number: _Can not recall_

4. Name of judge to whom case was assigned:

   _Judge Chambers_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   _Settlement Reached_

6. Approximate date of filing lawsuit: _8, 1999_

7. Approximate date of disposition: _10, 2002_

II. **Place of Present Confinement:** Western Regional Jail, Barboursville, WVa

    A. Is there a prisoner grievance procedure in this institution?

        Yes _x_      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _x_      No ____

    C. If your answer is YES:

        1. What steps did you take? Grieved to the Commissioner of Corrections

        2. What was the result? He treated it like a joke, he responded like he was on drugs or something

    D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Billy Joe Pelfrey #24710

        Address: Western Regional Jail, One O'Hanlon Place Barboursville WVa 25504

    B. Additional Plaintiffs and Address: _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant _Judy Fitzgerald_

   is employed as _Parole Officer, West Virginia Divison Of Corrections_

   at _801 Madison Ave, Huntington WVa 25704_

D. Additional defendants: _Rebecca Adkins_

   _Parole Officer, West Virginia Divison Of Corrections_

   _801 Madison Ave, Huntington WVa 25704_

IV. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

On April 24, 2003 the plaintiff was released from Huttonsville Correctional Center on parole and on April 25, 2003 he reported to the parole office at 801 Madison Ave to be placed on supervision. Judy Fitzgerald and Rebecca Adkins were in the office and both assisted in placing the plaintiff on supervision although Karen Spoor would become the plaintiffs supervising parole officer. However, at the time that

## IV. Statement of Claim (continued):

the plaintiff was placed on supervision, a conflict developed between the plaintiff and the defendants because the plaintiff refused to pay a restitution fee that the Judge (O'Hanlon) did not include in his sentencing. On December 31, 2005 the plaintiff's parole officer came to his appartment at 9:00 AM and informed him in front of two witnesses that before she retired on that very day, she would send in her recomendation for his discharge from parole. At that time the plaintiff informed Karen Spoor that if she did put in for his discharge, that Judy and Rebecca would call Charleston and block

## V.  RELIEF

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

Monetary Compensation to the limit that the law allows

Removed permanently from the Division Of Corrections employment as Parole Officers and barred from becoming Correctional Officers or Police Officers

And a written public apology admitting to the allegations as they are so herein stated.

IV. Statement of Claim (continued):

it the day after she left her office. And in front of witnesses she replied "They wont be able to as long as you keep doing as you have been" then she left the plaintiffs appartment and he never saw her again.

Sometime durring January, 2006 the plaintiffs prediction came true, and by calling in favors, pulling strings, or some other means, the defendants did somehow block his discharge from parole. And when the plaintiff asked defendant Fitzgerald about it, within the hearing of witnesses she stated "Karen lied, she did'nt put in for your discharge." And after having blocked the plaintiffs discharge from parole, the defendants then set upon a plan as to how they would violate the plaintiffs parole and return him to prison. First defendant Fitzgerald led the plaintiff to believe he would go to jail when he reported in for Febuary of 2006, trying to spook him into absconding from his parole, this was also done within the hearing of witnesses. When the defendant failed ot this, then they began to try and apply unnecessary pressure on him by making repeted visits to his appartment, but they also failed in that because they could not catch the plaintiff home. So against his rights and there own policy and procedure manual, in an attempt to dig up dirt against him and to recruit his neighbors as spys in there pursuit of parole violations against him. The defendants, when ever not finding the plaintiff home, would inform his neighbors that he was a convected felon and then try to pump them for information that may be used to violate his parole. There constant presence ot his appartment building and the information that they released into the community about him, resulted in a direct attack upon him almost costing him his life. In the early mornning hours of Febuary 21, 2006 the plaintiff was attacked and brutally beaten by his upstairs neighbor as a direct result of the defendants visit on the 17TH of the

2

same month. At 3:00 A.M. on Febuary 21, 2006 Brad Adkins came to the plaintiff's appartment door attempting to kick it open while yelling and accusing him of "putting the heat on everyone". When the plaintiff opened the door to explain that the defendants only had power over him and no one else. Brad Adkins then, in front of the rest of the tenants who had gathered with him, pulled the plaintiff from his appartment by his hair. And at cheers of the other tenants he kicked, hit, and stomped the plaintiff, causing him to suffer internal bleeding from a lacerated spleen, and almost costing him his life. And then in attempt to avoid prosecution, Brad Adkins and the rest of the tenants moved from the appartment building the very next day.

 Over the course of her three years of supervision Karen Spoor consistantly reminded the plaintiff of the defendants contempt of him. Because of this, and because they were so aggressively trying to dig up dirt on him, the plaintiff knew that he could not expose that he was attacked as a result of there harassment of his neighbors. So he led everyone to believe he fell on ice out of fear that if the plaintiff said otherwise he would be pursued even more aggressively to put him in prison as a way to cover up there own liability for causing this attack by his neighbors. And on March 31, 2006 the plaintiffs worst fears proved to be true.

 On March 31, 2006 the plaintiff and his wife returned to his appartment to find the defendants were once again harassing his wifes blind uncle. And out of anger the plaintiff *slipped*, and he informed the defendants that he had not slipped on ice, but that he was beaten by his neighbors because of there contenued harassment, and that it had to stop. And once the defendants became aware of there own liability, for lack of anything else, they used a .028 breatalizer reading to justify arresting the plaintiff. That reading is equal to a ½ shot of a alcohol for a man of 155 LBs, The same as the plaintiff.

And after the plaintiff informed the defendants that per doctors instructions he was taking Ny-quial for his bronchitis, and had been for over a month. The defendants still ignored him and arrested him anyway because they had to do it inorder to bring old violations against him in an attempt to put him away and hide there own misconduct.

Therefore the plaintiff also asserts that against the laws of this state, against his constitutional rights, and against there own policy directive. The defendants used there powers of office for "Malicious Prosecution" in an attempt to cover-up there crimes against the plaintiff. The defendants having no respect for the plaintiffs rights or the work of there former Supervisor, Karen Spoor, not only blocked her recomendation for the plaintiff's discharge from parole. But they even crossed the line by violating a plea-agreement between there former Supervisor and the plaintiff, to try and succure these unjust parole violations against him

           Futher the plaintiff sayth not...

**V. Relief (continued)**

_____

_____

_____

_____

_____


**VII.   Counsel**

   A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   _____

   B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes _____    No _x_

   If so, state the name(s) and address(es) of each lawyer contacted:

   _____

   _____

   If not, state your reasons: _Its hard to find an attorney who will sue any branch of law inforcement. Most are cowards_

   C. Have you previously had a lawyer representing you in a civil action in this court?

   Yes _____    No _x_

If so, state the lawyer's name and address:

_____

_____

Signed this __14__ day of __March__, 19 2007

*Billy Joe Palfrey*

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __14th of March 2007__
(Date)

*Billy Joe Palfrey*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)